IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                            ) | |
|                                                            ) | Case No: 4:11CR3124 |
|               Plaintiff,                            ) | |
|        v.                                              ) | **ORDER** |
|                                                            ) | |
| MICHAEL A. CLAUFF,                      ) | |
|                                                            ) | |
|               Defendant. | |

 The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED** that James K. McGough is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and James K. McGough.

  DATED this 21st day of November, 2011.

                                                                       BY THE COURT:

                                                                       *s/ Cheryl R. Zwart*
                                                                       United States Magistrate Judge