IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11-CR-3124 |
| vs. | ORDER |
| MICHAEL A. CLAUFF, | |
| Defendant. | |

The defendant has filed a pro se motion (filing 73) seeking relief under U.S.S.G. Amend. 782.

IT IS ORDERED:

1. The defendant's pro se motion (filing 73) will be held in abeyance pursuant to General Order No. 2014-09.

2. The Clerk of the Court shall provide the defendant with a copy of this order.

3. The Clerk of the Court shall also give notice of the entry of this order to the United States Attorney, the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

Dated this 26th day of January, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge